# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

**DATE:** May 15, 2017

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** BATTLE, Michael Anthony
Case No.: 5:16-CR-104-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On June 17, 2008, pursuant to being found guilty of Unlawful Distribution of 50 Grams or More of Cocaine Base and Unlawful Distribution of Cocaine Base Within 1000 feet of a School, Michael Battle appeared in United States District Court for the District of Columbia, and was sentenced to a 135 month term of imprisonment, to followed by a 10-year term of supervised release.

The defendant was released from custody on July 30, 2015, and began supervision in the Eastern District of North Carolina. On April 29, 2016, jurisdiction was transferred to the Eastern District of North Carolina.

While on supervision, Battle has reported as directed, has remained employed, and has paid the special assessment. With the exception of traffic offenses, record checks have been negative, and the defendant has not tested positive for any controlled substances. On April 29, 2016, due to his compliance with supervision, he was assigned to the Low Intensity Program. His term of supervision is set to expire on July 29, 2025.

In view of the defendant's compliance with the conditions of supervision, the ends of justice would best be served to terminate supervision. Therefore, it is recommended that supervision be terminated. I have enclosed an Order Terminating Supervision for the court's use. Assistant U.S. Attorney Leslie Cooley has been contacted, and she objects to the early termination. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence W. Boyle_      5-16-17
Terrence W. Boyle      Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.           **Crim. No. 5:16-CR-104-1BO**

**MICHAEL ANTHONY BATTLE**

On July 30, 2015, the above named was released from prison, and commenced a term of supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton  
Timothy L. Gupton  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: May 15, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **16** day of **May**, 2017.

Terrence W. Boyle  
U.S. District Judge